UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMIE LEE JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>RICK HILL, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-3180-TLN-JDP<br><br>**ORDER** |

Plaintiff Tommie Lee Jackson ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 1, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Plaintiff did not file objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1  the record and by the proper analysis.

2      Accordingly, IT IS HEREBY ORDERED that:

3    1. The findings and recommendations filed August 1, 2025 (ECF No. 8) are ADOPTED
4      in full;

5    2. This action is DISMISSED without prejudice; and

6    3. The Clerk of Court is directed to close the case.

7  Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE